# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KONSTANTINOS VARESIS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 21-00084-KD-M |
| | ) |
| **MICHAEL JOSEPH LANDRY,** | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the verdict of the jury, issued September 14, 2022, it is ORDERED, ADJUDGED and DECREED that JUDGMENT is entered in favor of Konstantinos Varesis and against Michael Joseph Landry in the amount of $20,001.00.

DONE and ORDERED this the 15th day of September 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE